251 F.Supp. 584 (1965)
James D. NOLAN, Plaintiff,
v.
James A. RHODES, Governor of Ohio, et al., Defendants.
Leonard M. SIVE et al., Plaintiffs,
v.
Harry ELLIS et al., Defendants.
Clarence BLOSSER, Plaintiff,
v.
James A. RHODES et al., Defendants.
Civ. A. Nos. 6082, 6491, 7585.
United States District Court S. D. Ohio, E. D.
October 27, 1965.
Judgment Affirmed February 21, 1966.
*585 Kenneth G. Weinberg, Cleveland, Ohio, Stewart R. Jaffy, Columbus, Ohio, for plaintiff in No. 6082.
Jerome Goldman, Cincinnati, Ohio, for plaintiffs in No. 6491; William T. Bahlman, Jr., Robert P. Goldman, Bruce I. Petrie, Charles H. Tobias, Jr., Harris K. Weston, Cincinnati, Ohio, of counsel.
Harry P. Jeffrey, Dayton, Ohio, for plaintiff in No. 7585.
William B. Saxbe, Atty. Gen., of Ohio, Columbus, Ohio, for defendants in Nos. 6082, 6491 and 7585.
Hugh A. Sherer, Columbus, Ohio, William E. Knepper, Columbus, Ohio, special counsel for defendants in Nos. 6082 and 6491.
George Schilling, Jr., Pros. Atty., Clinton County, Wilmington, Ohio, Angus B. Wilson, Pros. Atty., Brown County, Georgetown, Ohio, John O. Crouse, Pros. Atty., Highland County, Hillsboro, Ohio, Elmer Spencer, Pros. Atty., Adams County, West Union, Ohio, for defendants in No. 6491; Gerald A. Donahue, John J. Chester, Columbus, Ohio, special counsel.
Before WEICK, Circuit Judge, and WEINMAN and PECK, District Judges.
See 86 S.Ct. 716, 15 L.Ed.2d 616.
PER CURIAM.
These three consolidated cases challenge the constitutionality of the apportionment of the General Assembly of the State of Ohio. Pursuant to mandate of the Supreme Court of the United States (378 U.S. 556, 84 S.Ct. 1906, 12 L.Ed.2d 1034, 1964), this Court by order dated October 15th, 1964, and entered in Nolan v. Rhodes and Sive v. Ellis (Nos. 6082 and 6491), 218 F.Supp. 953 declared Article XI, Section 2 of the Ohio Constitution void as being in violation of the Fourteenth Amendment to the Constitution of the United States, and ordered the Ohio General Assembly to effect an apportionment system for its membership in compliance with said constitutional provision. The effective date of said order was postponed until the further order of the Court to provide an opportunity for the General Assembly of Ohio to take action to effect such reapportionment. The General Assembly then met in special session on November 10, 1964, and on December 9, 1964, adopted a joint resolution providing for an apportionment plan of the House of Representatives only and the submission thereof to the voters at a special election in May, 1965. Such special election was held but the proposed amendment was defeated by the vote of the electors.
Apportionment of the House was again considered by the 106th General Assembly at its regular session in 1965, but the three-fifths vote of both Houses required to submit a constitutional amendment for a vote of the people could not be obtained. The General Assembly having adjourned sine die without having enacted another apportionment amendment for submission to the electors, the Court entered an order requesting each party to the actions to file on or before October 15, 1965, a suggested plan for reapportionment of the Ohio House of Representatives and a suggested plan for the reapportionment of the Ohio Senate, and further announcing that any person or persons could within said period of time file a suggested plan upon leave of Court.
*586 In Blosser v. Rhodes (No. 7585), by interlocutory order entered October 18, 1965, the Court determined that the Senate of the Ohio General Assembly was malapportioned for the reasons that the Senate has not been apportioned substantially on a population basis; that substantial equality among the districts has not been maintained; that the provisions of the Ohio Constitution governing apportionment of the Senate were contained in the Constitution of 1851 and have not since been amended except as to districts having fractions; that the Constitution of 1851 does not properly allow for the shifts in population which have occurred since its adoption; that the provision (Ohio Cons., Art. XI, Sec. 6a) providing for a varying number of Senators from the same district for different legislative sessions during a decennial period results in underrepresentation for some sessions and overrepresentation for others, but never for reasonably exact representation; that the provisions of the Ohio Constitution which require said malapportionment of the Senate as above related, are in violation of the Fourteenth Amendment to the Constitution of the United States and are therefore null and void. Reynolds v. Sims, 377 U.S. 533, 84 S.Ct. 1362, 12 L.Ed.2d 506 (1964) and other cases decided on the same day.
In the order of September 16, 1965, each party to actions Nos. 6082 and 6491 was requested to file on or before October 15, 1965, a suggested plan for the reapportionment of the Ohio House of Representatives and a suggested plan for the reapportionment of the Ohio Senate, and the order further provided that any interested person or persons might within the same period of time file such suggested plans by leave. Pursuant thereto such plans have been filed by the parties as well as by many other interested persons and organizations. Among the plans filed by the parties is one which was filed by the Governor, Auditor of State and Secretary of State of Ohio. Those state officials constitute the Apportionment Board created by Article XI, Section 11 of the Ohio Constitution[*] and simultaneously with such filing, said Board caused the same plan to be published in newspapers of general circulation in the State of Ohio as required by said Section of the Constitution.
In essence, that plan as filed and published divides the state of Ohio into 99 districts and provides for the election to the House of Representatives of one member from each House District so formed, and then provides for 33 Senate Districts, from each of which one senator is to be elected, and each of which is comprised of three House Districts. In determining the "ideal" population for a House District the population of the state was divided by one hundred (Ohio Cons., Art. XI, Sec. 1). Under the plan, no House District has less than 85% of such population, nor more than 115% thereof. No county was divided which fell within the 85 to 115% range, and in establishing the districts pre-existing political boundary lines (i. e., county lines, township, municipal, ward or precinct boundaries, etc.) were followed. The population figures used were of the last census, and since 1960 population figures were used 1960 boundaries were also followed, since there is no more recent official determination of such population shifts as may have occurred.
As above stated, each Senate District is composed of three contiguous House Districts. In determining the "ideal" population of such district, the 1960 population of the state was divided by 35 (Ohio Cons., Art. XI, Sec. 6). While the populations of the Senate Districts do not in every instance fall within the range of 85-115% of the quotient arrived at by dividing the population by 35, every Senate District is well within that range if a divisor of 33 (the number of Senators) is used. A variance within that *587 range is here held not to be violative of constitutional standards.
It is the position of said state officials, as urged in the supporting brief accompanying the plan filed in this court by the Attorney General of Ohio, that they acted in accordance with the authority of said Section 11, thereby performing the mandatory duty imposed upon the Board to reapportion the Ohio General Assembly.
It is axiomatic that any action taken by a properly constituted governmental agency is entitled to a presumption of validity, and accordingly the action of the Apportionment Board is here to be presumed to be legal, valid and constitutionally taken. (See, e. g., Goldberg v. Truck Drivers Local Union No. 299, 293 F.2d 806 (6th Cir. 1961)). In this regard, mention is made of the fact that such constitutionality has been challenged in an action instituted in the Court of Appeals for Franklin County, Ohio, October 20th, 1965, in action No. 8228 on the docket of that court. Until or unless the presumption of validity hereinabove referred to is dissipated by determination by the Ohio courts, the presumption is deemed binding upon this Court, the question whether the Board acted in accordance with authority conferred by the Constitution of Ohio being peculiarly one of Ohio law and appropriate for resolution in the courts of that state.
We regard the apportionment of the General Assembly of Ohio as being a legislative rather than a judicial function. The Federal Court should intervene only to protect rights guaranteed by the Constitution of the United States. When a state apportionment has been declared unconstitutional the Federal Court should devise and put into effect a reapportionment plan only as a last resort when the Legislature fails or is unable to act. In devising a plan the Court acts to prevent a breakdown or disruption of essential state government services.
If the presumption of validity prevails and finds support in the Ohio courts, it must necessarily follow that by its action the Board has established a plan for the reapportionment of the General Assembly and the only determination to be made by this Court is whether or not such plan is in violation of the Constitution of the United States or any provisions thereof. A study of such plan convinces us that the apportionment made by the Board conforms as nearly as practicable according to population and follows the rules enunciated by the Supreme Court in Reynolds. This Court therefore finds that said plan is not violative of the Constitution of the United States.
Elections could not be held under the present apportionment since we have held the General Assembly to be malapportioned. Therefore, consideration must be given to an alternative, namely that of a determination by the Ohio courts of invalidity under the state constitution of the action of the Apportionment Board in its creation of the plan. Such an alternative presents the possibility of chaos and of a breakdown in the entire election machinery of the state in providing for the legislature to be elected in 1966. In order to prevent such an untoward result, and to insure continuity and the stabilization of such elections of the General Assembly said plan of the Apportionment Board will by the Order which hereafter follows be approved, adopted and put into effect now on a temporary basis.
It seems proper to point out that if one of the other plans (or any combination of them, or a plan of the Court's original creation) were to be approved in the event of a declaration of invalidity of the Board plan by the Ohio courts, an entirely untenable situation would be created. It is required by the Ohio Constitution (Art. II, Sec. 3) that "senators and representatives shall have resided in their respective counties, or districts, one year next preceding their election * *." The election in 1966 will by law be held November 8th, and any present delay in the adoption of a plan would make it constitutionally impossible for some incumbent members of the General Assembly *588 or aspirants thereto to stand for election without creating partisan or otherwise potentially embarrassing situations.
Having thus summarily refrained from considering the other carefully prepared suggested plans which have been submitted, a word concerning them should be said. Without exception, such plans indicate the thought and effort with which they have been prepared and appreciation is expressed to the public-minded citizens, legislators and organizations who made such submissions. As has been stated, in the event the Apportionment Board is found by the Ohio courts not to have acted within the proscription of the Ohio Constitution in the preparation of its plan, that plan is hereinafter only adopted as temporary. It is contemplated that in such circumstance during the period of such temporary operation further consideration will be given to the additional plans received. Several of such plans have been accompanied by motions to intervene, and while all such pending motions will be denied, all accompanying plans are received and deemed properly filed, and will be before the Court under the circumstances just set forth.
The plan filed herein by the defendants James A. Rhodes, Governor of Ohio, Ted W. Brown, Secretary of State of Ohio, and Roger Cloud, Auditor of State of Ohio (and which said plan was promulgated by said officials in their capacity as Apportionment Board under the provisions of Article XI, Section 11 of the Ohio Constitution) is attached hereto and made a part hereof.[*] The facts of the three consolidated cases herein considered are found to be as hereinabove set forth and as stated in said attached plan, and this memorandum is filed as the Court's findings of fact and conclusions of law in accordance with the provisions of Rule 52, Federal Rules of Civil Procedure.
In considering the motion of Frank W. King for rehearing, it should be pointed out that he was afforded the opportunity to appear by his counsel as amicus curiae and participate in the trial on the merits of this case. He was personally present and his counsel examined the stipulation agreed upon by the parties and was unable to point out any particular in which it was incorrect or inadequate. He was given the opportunity to offer evidence but he offered none. His counsel was permitted to make the principal argument in the case supporting the constitutionality of the apportionment of the Ohio Senate. In short, he was accorded all the rights of a party in the hearing.
In accordance with the foregoing,
It is ordered:
1. That all pending motions should be and they are hereby denied, including the motions of the plaintiffs in actions Nos. 6082 and 6491;
2. That the interlocutory order heretofore entered holding the Senate of the Ohio General Assembly to be malapportioned, is hereby made final;
3. That the plan adopted by the Apportionment Board acting under the provisions of Article XI, Section 11, Ohio Constitution, is not in violation of the Constitution of the United States or any provisions thereof;
4. That said plan is hereby adopted and put into effect on the date of the entry hereof as a temporary plan and ordered by this Court to be followed for the election of the General Assembly of Ohio in the year 1966;
5. That jurisdiction of these cases is retained pending determination of the constitutionality of the action of the said Apportionment Board under the Constitution of the State of Ohio by the Ohio courts, and thereafter: To consider any application for an extension of the temporary period; to enforce this order; and to consider any other appropriate matter which may be brought to the attention of the Court.

*589 APPENDIX
Governor's publication of the ratio of representation for the Ohio Senate and House of Representatives based upon the 1960 Decennial Census as ascertained and determined by the Governor, the Auditor of State and the Secretary of State in September, 1965, together with their apportionment of Senators and Representatives to districts and their determination of which senatorial districts shall elect Senators to take office for four-year terms starting January 1, 1967, and which for four-year terms starting January 1, 1969.
I, James A. Rhodes, Governor, pursuant to Article II, Section 2 and Article XI, Section 11 of the Constitution of Ohio and further pursuant to Sections 107.09 and 107.13 of the Revised Code, hereby give public notice that the Governor, the Auditor of State and the Secretary of State, by actions taken September 8 and September 27, 1965, have unanimously ascertained and determined (1) that the apportionment of the Ohio House of Representatives and the Ohio Senate under which the 106th General Assembly was elected is unconstitutional in such vital respects under both the Ohio and United States Constitutions as to be a nullity; (2) that the ratio of representation for the Ohio House of Representatives according to the 1960 decennial census is one representative for each 97,064 people and that the ratio of representation for the Ohio Senate according to the same census is one Senator for each 277,326 people; (3) that each House District shall be entitled to elect one Representative in 1966, 1968 and 1970, that even-numbered Senate Districts shall be entitled to elect one Senator for a four-year term in 1966 and 1970, and that odd-numbered Senate Districts shall be entitled to elect one Senator for a two-year term in 1966 and to a four-year term in 1968 (subject to the orders of the Court hereinafter mentioned); (4) that an apportionment for the remainder of the present decennium of the Ohio House of Representatives and of the Ohio Senate that is consistent with the orders of the United States District Court for the Southern District of Ohio, Western Division in Civil Actions No. 6082 (Nolan vs. Rhodes, Governor of Ohio, et al.), No. 6491 (Sive, et al. vs. Ellis, et al.), and No. 3201 (Blosser vs. Rhodes, Governor of Ohio, et al.) and not contrary to other relevant Federal Court decisions, is an apportionment in which ninety-nine House Districts and thirty-three Senate Districts are distributed over Ohio uniformly on a population basis, with each district electing one Representative or one Senator as the case may be; (5) that Senators to be elected from odd-numbered districts shall take office for four-year terms starting January 1, 1967, and that Senators to be elected from even-numbered districts shall take office for two-year terms on January 1, 1967, and thereafter for four-year terms starting January 1, 1969.
The Governor, the Auditor of State and the Secretary of State, accordingly, have apportioned the Ohio House of Representatives and the Ohio Senate for the remaining years of the current decennium as hereinafter set forth.

APPORTIONMENT OF THE OHIO HOUSE OF REPRESENTATIVES
By such of said ascertainments and determinations as pertain to representation in the House of Representatives, the following House Districts are constituted, from each of which one Representative shall be elected to take office January 1, 1967, for a two-year term:

 1960
DESIGNATION COMPRISING POPULATION
House District 1: Williams County 29,968
 Fulton County 29,301
 Defiance County 31,508
 _______
 TOTAL 90,777
House District 2: Paulding County 16,792
 Van Wert County 28,840
 Putnam County Township
 Monterey Township 1,688

*590
 1960
DESIGNATION COMPRISING POPULATION
 Auglaize County 36,147
 Mercer County Townships
 Black Creek Township 752
 Dublin Township 2,058
 Union Township 1,507
 Liberty Township 1,002
 Hopewell Township 910
 Center Township 959
 ________
 TOTAL 90,655
House District 3: Darke County 45,612
 Preble County 32,498
 Mercer County Townships
 Recovery Township 1,335
 Gibson Township 1,872
 Granville Township 2,912
 Marion Township 2,554
 Washington Township 1,188
 Butler Township 4,256
 Franklin Township 1,369
 Jefferson Township 9,885
 ________
 TOTAL 103,481
House District 4: Henry County 25,392
 Wood County 72,596
 ________
 TOTAL 97,988
House District 5: Putnam County
 less Monterey Township 26,643
 Hancock County 53,686
 Hardin County 29,633
 ________
 TOTAL 109,962
House District 6: Allen County 103,691
House District 7: Shelby County 33,586
 Miami County 72,901
 ________
 TOTAL 106,487
House District 8: Logan County 34,803
 Champaign County 29,714
 Clark County Townships
 Pike Township 2,001
 German Township 3,661
 Moorefield Township 3,964
 Pleasant Township 1,568
 Bethel Township 11,363
 Mad River Township 5,153
 ________
 TOTAL 92,227
House District 9: Clark County Townships
 Harmony Township 2,424
 Madison Township 2,562
 Greene Township 2,346
 Springfield City 82,723
 Springfield Township 13,675
 ________
 TOTAL 103,730
House District 10: Greene County 94,642
House District 11: Warren County 65,711
 Clinton County 30,004
 ________
 TOTAL 95,715
House District 12: Clermont County 80,530
 Brown County 25,178
 ________
 TOTAL 105,708
House District 13: Ottawa County 35,323
 Sandusky County 56,486
 Erie County Townships
 Groton Township 899
 Margaretta Township 6,146
 ________
 TOTAL 98,854
House District 14: Huron County 47,326
 Erie County Townships
 Portland Township
 Sandusky City 31,989
 Perkins Township 8,955
 Oxford Township 1,111
 Huron Township 6,358
 Milan Township 2,593
 Berlin Township 2,691
 Vermilion Township 5,439
 Florence Township 1,648
 Kelleys Island Township 171
 ________
 TOTAL 108,281
House District 15: Seneca County 59,326
 Crawford County 46,775
 ________
 TOTAL 106,101
House District 16: Wyandot County 21,648
 Marion County 60,221
 Union County 22,853
 ________
 TOTAL 104,722
House District 17: Richland County Townships
 Plymouth Township 2,089
 Cass Township 1,605
 Blooming Grove Township 922
 Butler Township 667
 Sharon Township 10,076
 Jackson Township 2,436
 Franklin Township 1,384
 Weller Township 1,227
 Sandusky Township 762
 Springfield Township 5,141
 Madison Township 73,556
 Mifflin Township 2,604
 ________
 TOTAL 102,469
House District 18: Morrow County 19,405
 Knox County 38,808
 Delaware County 36,107
 Richland County Townships
 Troy Township 2,546
 Washington Township 4,963
 Monroe Township 2,138
 Perry Township 610
 Jefferson Township 2,898
 Worthington Township 2,137
 ________
 TOTAL 109,612
House District 19: Licking County 90,242
House District 20: Madison County 26,454
 Fayette County 24,775
 Highland County 29,716
 Adams County 19,982
 ________
 TOTAL 100,927
House District 21: Pickaway County 35,855
 Ross County 61,215
 ________
 TOTAL 97,070
House District 22: Pike County 19,380
 Scioto County 84,216
 ________
 TOTAL 103,596
House District 23: Medina County 65,315
 Ashland County Townships
 Ruggles Township 649
 Troy Township 707
 Sullivan Township 968
 Clear Creek Township 1,360
 Orange Township 1,708
 Jackson Township 1,352
 Milton Township 1,633
 Montgomery Township 2,139
 Union TownshipAshland City 17,419
 Perry Township 1,156
 ________
 TOTAL 94,406
House District 24: Wayne County 75,497
 Ashland County Townships
 Mifflin Township 739
 Vermillion Township 1,600
 Mohican Township 1,467

*591
 1960
DESIGNATION COMPRISING POPULATION
 Green Township 2,993
 Lake Township 534
 Hanover Township 2,347
 _______
 TOTAL 85,177
House District 25: Fairfield County 63,912
 Hocking County 20,168
 Vinton County 10,274
 _______
 TOTAL 94,354
House District 26: Jackson County 29,372
 Lawrence County 55,438
 _______
 TOTAL 84,810
House District 27: Gallia County 26,120
 Melgs County 22,159
 Athens County 46,998
 _______
 TOTAL 95,277
House District 28: Muskingum County 79,159
 Perry County 27,864
 Morgan County Townships
 York Township 919
 Deerfield Township 498
 Union Township 399
 Homer Township 557
 ________
 TOTAL 109,396
House District 29: Guernsey County 38,579
 Noble County 10,982
 Washington County 51,689
 Morgan County Township
 Bloom Township 641
 Bristol Township 424
 Center Township 524
 Malta Township 1,749
 Manchester Township 227
 Marion Township 1,271
 Meigsville Township 603
 Morgan Township 2,753
 Penn Township 625
 Windsor Township 1,557
 _______
 TOTAL 111,624
House District 30: Belmont County 83,864
 Monroe County 15,268
 _______
 TOTAL 99,132
House District 31: Holmes County 21,591
 Coshocton County 32,224
 Tuscarawas County
 Townships
 Wayne Township 1,089
 Sugar Creek Township 2,734
 Auburn Township 755
 Bucks Township 1,110
 Jefferson Township 781
 Franklin Township 2,932
 Salem Township 1,350
 Oxford Township 5,079
 York Township 966
 Dover Township 14,717
 _______
 TOTAL 85,328
House District 32: Carroll County 20,857
 Harrison County 17,995
 Tuscarawas County
 Townships
 Clay Township 2,217
 Fairfield Township 885
 Goshen Township 19,215
 Mill Township 12,519
 Perry Township 405
 Rush Township 904
 Sandy Township 2,281
 Union Township 1,029
 Warren Township 585
 Warwick Township 2,600
 Washington Township 591
 Lawrence Township 2,045
 _______
 TOTAL 84,128
House District 33: Jefferson County 99,201
House District 34: Columbiana County 107,004
House District 35: Portage County 91,798
House District 36: Geauga County 47,573
 Lake County Townships
 Leroy Township 1,502
 Madison Township 9,841
 Perry Township 4,834
 Painesville Township 31,146
 Concord Township 3,860
 _______
 TOTAL 98,756
House District 37: Lake County Townships
 Chagrin Township
 Willoughby City 15,058
 East Lake Township
 East Lake City 12,467
 Kirtland Township 4,876
 Lakeline Township
 Lakeline Village 269
 Mentor Township 25,067
 Timberlake Township
 Timberlake Village 670
 Waite Township
 Waite Hill Village 360
 Wickliffe TownshipWickliffe City 15,760
 Willoughby Township 4,241
 Willowick Township
 Willowick City 18,749
 ______
 TOTAL 97,517
House District 38: Ashtabula County 93,067
 LARGE COUNTIES DIVIDED INTO
 INDIVIDUAL DISTRICTS
 1960
DESIGNATION COMPRISING POPULATION
House District 39: Butler County Townships
 Oxford Township 11,909
 Reily Township 1,629
 Milford Township 2,135
 Hanover Township 4,958
 Wayne Township 2,348
 St. Clair Township (other than
 part south of City of Hamilton 5,906
 Madison Township 9,286
 Middletown City 42,115
 Lemon Township 14,415
 Liberty Township 3,143
 _______
 TOTAL 97,844
House District 40: Butler County Townships
 Morgan Township 2,174
 Ross Township 3,340
 Fairfield Township 16,023
 St. Clair Township (parts south
 of City of Hamilton 1,105
 Union Township 6,236
 Hamilton City 72,354
 _______
 TOTAL 101,232
House District 41: Cuyahoga County Township
 and Wards
 Cleveland City Ward 24 29,629
 Bratenahl Township
 Bratenahl Village 1,332

*592
 1960
DESIGNATION COMPRISING POPULATION
 Cleveland City Ward 25 31,170
 Cleveland City Ward 27 22,704
 _______
 TOTAL 84,835
House District 42: Cuyahoga County Wards
 Cleveland City Ward 20 29,986
 Cleveland City Ward 21 25,365
 Cleveland City Ward 22 29,560
 Cleveland City Ward 23 22,061
 _______
 TOTAL 106,972
House District 43: Cuyahoga County Wards
 Cleveland City Ward 16 24,568
 Cleveland City Ward 18 20,453
 Cleveland City Ward 19 24,868
 Cleveland City Ward 29 22,697
 _______
 TOTAL 92,586
House District 44: Cuyahoga County Wards
 Cleveland City Ward 10 26,988
 Cleveland City Ward 28 23,153
 Cleveland City Ward 30 42,742
 _______
 TOTAL 92,883
House District 45: Cuyahoga County Townships
 and Wards
 Cleveland City Ward 14 20,117
 Cleveland City Ward 15 25,012
 Brooklyn Heights Township
 Brooklyn Heights Village 1,449
 Newburgh Heights Township
 Newburgh Heights Village 3,512
 South NewburghWarrensville
 TownshipGarfield Heights
 City 38,455
 Willow Township
 Cuyahoga Heights Village 796
 _______
 TOTAL 89,341
House District 46: Cuyahoga County Wards
 Cleveland City Ward 11 21,448
 Cleveland City Ward 12 19,362
 Cleveland City Ward 13 19,947
 Cleveland City Ward 17 23,062
 Cleveland City Ward 31 13,772
 _______
 TOTAL 97,591
House District 47: Cuyahoga County Townships
 and Wards
 Cleveland City Ward 2 27,294
 Cleveland City Ward 6 24,205
 Cleveland City Ward 9 42,697
 Laurel TownshipBrooklyn City 10,733
 Brooklyn Township
 Linndale Village 381
 _______
 TOTAL 105,310
House District 48: Cuyahoga County Wards
 Cleveland City Ward 3 23,837
 Cleveland City Ward 5 22,274
 Cleveland City Ward 7 21,984
 Cleveland City Ward 8 25,339
 _______
 TOTAL 93,434
House District 49: Cuyahoga County Township
 and Ward
 Lakewood Township
 Lakewood City 66,154
 Cleveland City Ward 1 27,948
 _______
 TOTAL 94,102
House District 50: Cuyahoga County Townships
 and Wards
 Charleston Township
 Middleburgh Heights City 7,282
 Brook Park Township
 Brook Park City 12,856
 River Edge Township 416
 Cleveland City Ward 33 57,020
 Cleveland City Ward 4 31,152
 _______
 TOTAL 108,726
House District 51: Cuyahoga County
 Townships
 Parma TownshipParma City 82,845
 Parma Heights Township
 Parma Heights City 18,100
 _______
 TOTAL 100,945
House District 52: Cuyahoga County Townships
 Bay TownshipBay Village City 14,489
 Rocky River Township
 Rocky River City 18,097
 Fairview Township
 Fairview Park City 14,624
 North Olmsted Township
 North Olmsted City 16,290
 Goldwood Township
 Parkview Village 2,018
 Olmsted Township 4,773
 Olmsted Falls Township
 Olmsted Falls Village 2,144
 Westview Township
 Westview Village 1,303
 Berea TownshipBerea City 16,592
 Westlake-Dover Township
 Westlake City 12,906
 _______
 TOTAL 103,236
House District 53: Cuyahoga County Township
 and Ward
 Cleveland City Ward 32 25,865
 Euclid TownshipEuclid City 62,998
 _______
 TOTAL 88,863
House District 54: Cuyahoga County Townships
 East Cleveland Township
 East Cleveland City 37,991
 Cleveland Heights Township
 Cleveland Heights City 61,813
 _______
 TOTAL 99,804
House District 55: Cuyahoga County Townships
 and Ward
 Cleveland City Ward 26 27,771
 Richmond Heights Township
 Richmond Heights City 5,068
 South Euclid Township
 South Euclid City 27,569
 Highland Heights Township
 Highland Heights Village 2,929
 S.O.M. Township
 Mayfield Village 1,977
 Riverside-Gates Mills Township
 Gates Mills Village 1,588
 Mayfield Township
 Mayfield Heights City 13,478
 Euclidville Township
 Lyndhurst City 16,805
 ______
 TOTAL 97,185
House District 56: Cuyahoga County Townships
 Idlewood Township
 University Heights City ........ 16,641
 Shaker Township
 Shaker Heights City 36,460
 Beachwood Township
 Beachwood City 6,089
 Pepper Pike Township
 Pepper Pike Village 3,217
 Hunting Valley Township
 Hunting Valley Village 550
 Warrensville Township 13,558
 Woodmere Township
 Woodmere Village 398
 Orange Township
 Moreland Hills Village 2,188

*593
 1960
DESIGNATION COMPRISING POPULATION
 Garfield TownshipOrange Village 2,006
 Chagrin Falls Township 3,523
 Bentleyville Township
 Bentleyville Village 301
 Solon TownshipSolon City 6,333
 Glenwillow Township
 Glenwillow Village 359
 _____
 TOTAL 91,623
House District 57: Cuyahoga County Townships
 Bedford Heights Township
 Bedford Heights City 5,275
 Oakwood Township
 Oakwood Village 3,283
 Bedford TownshipBedford City 15,223
 Maple Heights Township
 Maple Heights City 31,667
 Walton Hills Township
 Walton Hills Village 1,776
 South View Township
 Valley View Village 1,221
 East Independence Township
 Independence City 6,868
 Independence Township
 Seven Hills City 5,708
 East Brecksville Township
 Brecksville City 5,435
 West Brecksville Township
 Broadview Heights City 6,209
 Royalton TownshipNorth
 Royalton City 9,290
 Strongsville Township
 Strongsville City 8,504
 ______
 TOTAL 100,459
House District 58: Franklin County Townships
 and Wards
 Prairie Township 9,819
 Brown Township 830
 Norwich Township 9,699
 Washington Township 2,057
 Perry Township 4,312
 Upper Arlington Township
 Upper Arlington City 28,486
 Sharon Township 13,723
 Columbus City Ward 22 11,969
 Columbus City Ward 21 6,259
 Columbus City Ward 20 11,030
 Columbus City Ward 19 9,536
 ______
 TOTAL 107,720
House District 59: Franklin County Townships
 and Wards
 Blendon Township 11,593
 Plain Township 2,409
 Mifflin Township 14,662
 Jefferson Township 3,230
 Columbus City Ward 26 10,747
 Columbus City Ward 23 14,837
 Columbus City Ward 24 13,611
 Columbus City Ward 25 14,691
 Clinton Township (Part adjacent
 to Ward 23) 4,914
 _____
 TOTAL 90,694
House District 60: Franklin County Townships
 and Wards
 Hamilton Township 9,860
 Madison Township 8,049
 Truro Township 9,551
 Columbus City Ward 28 26,273
 Columbus City Ward 29 24,929
 Columbus City Ward 1 15,104
 ______
 TOTAL 93,766
House District 61: Franklin County Townships
 and Wards
 Jackson Township 13,693
 Franklin Township 15,557
 Columbus City Ward 9 16,062
 Columbus City Ward 10 19,105
 Columbus City Ward 11 19,152
 Columbus City Ward 31 12,021
 Columbus City Ward 32 10,701
 Pleasant Township 3,213
 _______
 TOTAL 109,504
House District 62: Franklin County Townships
 and Wards
 Grandview Heights Township
 Grandview Heights City 8,270
 Columbus City Ward 12 15,821
 Columbus City Ward 14 13,024
 Columbus City Ward 15 17,820
 Columbus City Ward 16 14,576
 Columbus City Ward 18 11,261
 Columbus City Ward 33 6,347
 Clinton Township (Part adjacent
 to Wards 15 and 33) 2,582
 ______
 TOTAL 89,701
House District 63: Franklin County Wards
 Columbus City Ward 2 14,906
 Columbus City Ward 3 12,482
 Columbus City Ward 4 16,694
 Columbus City Ward 7 11,699
 Columbus City Ward 8 14,690
 Columbus City Ward 13 18,797
 Columbus City Ward 30 12,431
 _______
 TOTAL 101,699
House District 64: Franklin County Townships
 and Wards
 Columbus City Ward 5 15,061
 Columbus City Ward 6 12,283
 Columbus City Ward 17 15,549
 Columbus City Ward 27 11,848
 Bexley TownshipBexley City 14,319
 Whitehall Township
 Whitehall City 20,818
 _______
 TOTAL 89,878
House District 65: Hamilton County Townships
 Symmes Township 7,621
 Madeira TownshipMadeira City 6,744
 Silverton TownshipSilverton City 6,682
 Blue Ash TownshipBlue Ash City 8,341
 Sharonville Township
 Sharonville Village 3,890
 Sycamore Township 22,731
 Reading TownshipReading City 12,832
 Amberley Township
 Amberley Village 2,951
 Deer Park Township
 Deer Park City 8,423
 Lincoln Heights Township
 Lincoln Heights City 7,798
 Lockland TownshipLockland City 5,292
 ______
 TOTAL 93,305
House District 66: Hamilton County Townships
 and Wards
 Columbia Township 24,579
 Cincinnati City Ward 2 26,818
 Cincinnati City Ward 14 16,233
 Norwood TownshipNorwood City 34,580
 _______
 TOTAL 102,210
House District 67: Hamilton County Township
 and Wards
 Anderson Township 17,250
 Cincinnati City Ward 1 21,059
 Cincinnati City Ward 5 16,236
 Cincinnati City Ward 4 14,823
 Cincinnati City Ward 3 18,855
 _______
 TOTAL 88,223

*594
 1960
DESIGNATION COMPRISING POPULATION
House District 68: Hamilton County Townships
 and Wards
 Arlington Heights Township
 Arlington Heights Village 1,355
 Elmwood Township
 Elmwood Place Village 3,813
 St. Bernard Township
 St. Bernard City 6,778
 Cincinnati City Ward 7 24,422
 Cincinnati City Ward 15 20,347
 Cincinnati City Ward 23 23,353
 Cincinnati City Ward 24 18,792
 ______
 TOTAL 98,860
House District 69: Hamilton County Wards
 Cincinnati City Ward 6 15,692
 Cincinnati City Ward 8 19,300
 Cincinnati City Ward 9 18,891
 Cincinnati City Ward 10 20,304
 Cincinnati City Ward 13 22,375
 ______
 TOTAL 96,562
House District 70: Hamilton County Township
 and Wards
 Delhi Township 14,579
 Cincinnati City Ward 19 14,029
 Cincinnati City Ward 20 18,419
 Cincinnati City Ward 21 17,063
 Cincinnati City Ward 25 25,510
 ______
 TOTAL 89,600
House District 71: Hamilton County Townships
 and Wards
 Cincinnati City Ward 26 26,665
 Crosby Township 1,464
 Harrison Township 5,525
 Whitewater Township 2,883
 Miami Township 8,332
 Green Township 47,991
 _______
 TOTAL 92,860
House District 72: Hamilton County Wards
 Cincinnati City Ward 11 18,953
 Cincinnati City Ward 12 19,515
 Cincinnati City Ward 16 11,274
 Cincinnati City Ward 17 17,597
 Cincinnati City Ward 18 18,996
 Cincinnati City Ward 22 17,029
 _______
 TOTAL 103,364
House District 73: Hamilton County Townships
 Colerain Township 28,632
 Springfield Township 56,939
 Glendale Township
 Glendale Village 2,823
 Woodlawn Township
 Woodlawn Village 3,007
 Wyoming Township
 Wyoming City 7,736
 ______
 TOTAL 99,137
House District 74: Lorain County Townships
 Black River Township 41,861
 Sheffield Township 43,602
 Avon Lake Township
 Avon Lake City 9,403
 Avon TownshipAvon City 6,002
 Ridgeville Township
 North Ridgeville City 8,057
 Lorain City in Brownhelm Township 56
 ______
 TOTAL 108,981
House District 75: Lorain County Townships
 Brownhelm Township less Lorain
 City in Brownhelm 3,622
 Amherst Township 12,897
 Henrietta Township 1,390
 Russia Township 10,266
 Carlisle Township 9,058
 Eaton Township 6,360
 Columbia Township 4,474
 Camden Township 1,124
 Pittsfield Township 1,094
 LaGrange Township 2,398
 Grafton Township 2,523
 Brighton Township 535
 Wellington Township 4,578
 Penfield Township 810
 Rochester Township 544
 Huntington Township 748
 Elyria Township 46,098
 ______
 TOTAL 108,519
House District 76: Lucas County Townships
 and Ward
 Providence Township 1,587
 Waterville Township 4,449
 Swanton Township 2,961
 Monclova Township 2,728
 Waynesfield Township
 Maumee City 12,063
 Harding Township 605
 Spencer Township 2,501
 Springfield Township 8,636
 Adams Township 22,449
 Ottawa Hills Township
 Ottawa Hills Village 3,870
 Toledo City Ward 16 23,135
 ______
 TOTAL 84,984
House District 77: Lucas County Townships
 and Wards
 Richfield Township 1,205
 Sylvania Township 20,282
 Washington Township 38,681
 Toledo City Ward 21 16,009
 Toledo City Ward 22 17,755
 _______
 TOTAL 93,932
House District 78: Lucas County Wards
 Toledo City Ward 12 18,252
 Toledo City Ward 13 13,958
 Toledo City Ward 14 10,371
 Toledo City Ward 15 19,159
 Toledo City Ward 9 14,629
 Toledo City Ward 8 10,384
 Toledo City Ward 6 8,564
 _______
 TOTAL 95,317
House District 79: Lucas County Wards
 Toledo City Ward 11 19,649
 Toledo City Ward 10 14,601
 Toledo City Ward 5 12,102
 Toledo City Ward 7 11,266
 Toledo City Ward 2 11,976
 Toledo City Ward 3 12,006
 Toledo City Ward 4 11,837
 _______
 TOTAL 93,437
House District 80: Lucas County Townships
 and Wards
 Toledo City Ward 17 13,187
 Toledo City Ward 18 15,951
 Toledo City Ward 19 11,651
 Toledo City Ward 20 14,678
 Toledo City Ward 1 16,883
 Oregon Township 13,592
 Jerusalem Township 3,319
 _______
 TOTAL 89,261
House District 81: Mahoning County Townships
 and Wards
 Austintown Township 22,152
 Youngstown City Ward 3 19,144
 Youngstown City Ward 4 26,006
 Youngstown City Ward 5 25,319
 Youngstown City Ward 6 18,392
 _______
 TOTAL 111,013

*595
 1960
DESIGNATION COMPRISING POPULATION
House District 82: Mahoning County Townships
 and Wards
 Youngstown City Ward 1 less 58
 people in Trumbull County 23,375
 Youngstown City Ward 2 27,058
 Youngstown City Ward 7 27,337
 Coitsville Township 16,275
 _______
 TOTAL 94,045
House District 83: Mahoning County Townships
 Milton Township 3,341
 Jackson Township 1,878
 Berlin Township 1,164
 Ellsworth Township 1,682
 Canfield Township 6,679
 Boardman Township 27,379
 Poland Township 27,244
 Smith Township 10,367
 Goshen Township 2,603
 Green Township 2,614
 Beaver Township 5,101
 Springfield Township 5,370
 _______
 TOTAL 95,422
House District 84: Montgomery County
 Townships
 Oakwood TownshipOakwood City 10,493
 Dayton City Ward 9 22,658
 Van Buren Township
 Kettering City 54,462
 Washington Township 10,605
 Moraine Township
 Moraine Village 2,262
 _______
 TOTAL 100,480
House District 85: Montgomery County
 Townships
 Clay Township 6,113
 Randolph Township 9,207
 Perry Township 5,166
 Madison Township 25,933
 Jackson Township 3,870
 Jefferson Township 11,125
 German Township 6,102
 Miami Township 32,082
 _______
 TOTAL 99,598
House District 86: Montgomery County Townships
 and Wards
 Butler Township 12,666
 Wayne Township 12,022
 Harrison Township 28,996
 Mad River Township 33,644
 Dayton City Ward 18 8,284
 Dayton City Ward 17 14,042
 _______
 TOTAL 109,654
House District 87: Montgomery County Wards
 Dayton City Ward 3 15,777
 Dayton City Ward 2 16,000
 Dayton City Ward 1 14,338
 Dayton City Ward 11 10,533
 Dayton City Ward 12 14,243
 Dayton City Ward 8 16,403
 Dayton City Ward 10 11,522
 Dayton City Ward 4 12,465
 _______
 TOTAL 111,281
House District 88: Montgomery County Wards
 Dayton City Ward 5 11,916
 Dayton City Ward 6 13,806
 Dayton City Ward 7 13,392
 Dayton City Ward 13 15,557
 Dayton City Ward 14 21,968
 Dayton City Ward 15 6,471
 Dayton City Ward 16 22,957
 _______
 TOTAL 106,067
House District 89: Stark County Wards
 and Township
 Canton City Ward 8 5,691
 Canton City Ward 9 7,651
 Canton City Ward 7 5,960
 Canton City Ward 1 6,804
 Canton City Ward 2 13,293
 Canton City Ward 4 14,183
 Canton City Ward 3 9,691
 Canton City Ward 5 12,842
 Canton City Ward 6 11,740
 Canton Township (Part contained
 in Census Tract SC-116) 3,315
 _______
 TOTAL 91,170
House District 90: Stark County Townships
 Marlboro Township 3,078
 Lexington Township 29,074
 Nimishillen Township 12,390
 Washington Township 8,687
 Osnaburg Township 5,409
 Paris Township 4,994
 Canton Township (Excluding part
 contained in Census Tract
 SC-116) 18,315
 Pike Township 3,523
 Sandy Township 4,326
 _______
 TOTAL 89,796
House District 91: Summit County Township
 Green Township 9,521
 Stark County Townships
 Lake Township 9,358
 Jackson Township 11,016
 Plain Township 60,900
 _______
 TOTAL 90,795
House District 92: Summit County Township
 Franklin Township 12,051
 Stark County Townships
 Lawrence Township 5,274
 Tuscarawas Township 9,723
 Perry Township 53,029
 Sugar Creek Township 5,802
 Bethlehem Township 4,277
 _______
 TOTAL 90,156
House District 93: Summit County Townships
 and Villages
 Sagamore Hills Township 3,848
 Northfield Center Township 2,427
 Northfield Township
 Northfield Village 1,055
 Macedonia Township 4,060
 Twinsburg Township 5,848
 Remindersville Township
 Remindersville Village 217
 Richfield Township 3,664
 Boston Township 2,127
 Boston Heights Village 831
 Hudson Township 4,977
 Bath Township 4,613
 Northampton Township 3,960
 Stow TownshipStow City 12,194
 Cuyahoga Falls Township
 Cuyahoga Falls City 47,922
 Silver Lake Village 2,655
 Munroe Falls Township
 Munroe Falls Village 1,828
 _______
 TOTAL 102,226
House District 94: Summit County Township
 and Wards
 Copley Township 9,656
 Akron City Ward 3 25,830
 Akron City Ward 4 37,420
 Akron City Ward 8 30,413
 _______
 TOTAL 103,319

*596
House District 95: Summit County Township
 and Wards
 Akron City Ward 1 31,445
 Akron City Ward 2 23,469
 Akron City Ward 6 36,064
 Tallmadge Township
 Tallmadge City 10,246
 _______
 TOTAL 101,224
House District 96: Summit County Townships
 and Ward
 Norton Township 10,924
 Barberton City 33,805
 Coventry Township 13,317
 Akron City Ward 9 28,170
 _______
 TOTAL 86,216
House District 97: Summit County Townships
 and Wards
 Akron City Ward 5 22,188
 Akron City Ward 7 26,132
 Akron City Ward 10 29,220
 Springfield Township 15,822
 Lakemore Township
 Lakemore Village 2,765
 Mogadore Township 2,885
 _______
 TOTAL 99,012
House District 98: Trumbull County Townships
 Mesopotamia Township 1,245
 Bloomfield Township 1,138
 Farmington Township 1,391
 Bristol Township 2,157
 Southington Township 2,774
 Champion Township 8,026
 Braceville Township 3,005
 Newton Township 8,070
 Lordstown Township 1,911
 Warren Township 42,529
 Warren City in Howland
 Township 27,441
 _______
 TOTAL 99,687
House District 99: Trumbull County Townships
 Bazetta Township 5,153
 Brookfield Township 9,082
 Fowler Township 1,772
 Greene Township 725
 Gustavus Township 1,016
 Hartford Township 2,203
 Howland Township less
 Warren City 12,230
 Hubbard Township 15,064
 Johnston Township 1,282
 Kinsman Township 1,818
 Liberty Township 23,010
 Mecca Township 1,401
 Vernon Township 1,139
 Vienna Township 3,357
 Weathersfield Township 29,529
 Youngstown City in
 Trumbull County 58
 _______
 TOTAL 108,839

*597 APPORTIONMENT OF THE OHIO SENATE
By such of the ascertainments and determinations mentioned at the beginning hereof as pertain to representation in the Ohio Senate, the following Senate Districts are constituted by combining groups of three contiguous House Districts, from each of which Senate Districts one Senator shall be elected to take office January 1, 1967, for the term shown in the table below:

 COMPRISING 1960
 DESIGNATION HOUSE DISTRICTS TERM POPULATION
Senate District 1: Nos. 1, 4, and 76 4 years 273,749
Senate District 2: Nos. 2, 5 and 6 2 years 304,308
Senate District 3: Nos. 7, 8 and 9 4 years 302,444
Senate District 4: Nos. 3, 39 and 40 2 years 302,557
Senate District 5: Nos. 85, 86 and 88 4 years 315,319
Senate District 6: Nos. 84, 87 and 10 2 years 306,403
Senate District 7: Nos. 65, 66 and 67 4 years 283,738
Senate District 8: Nos. 68, 71 and 73 2 years 290,857
Senate District 9: Nos. 69, 70 and 72 4 years 289,526
Senate District 10: Nos. 11, 12 and 20 2 years 302,350
Senate District 11: Nos. 77, 78 and 79 4 years 282,686
Senate District 12: Nos. 80, 13 and 15 2 years 294,216
Senate District 13: Nos. 14, 17 and 75 4 years 319,269
Senate District 14: Nos. 16, 18 and 19 2 years 304,576
Senate District 15: Nos. 59, 63 and 64 4 years 282,271
Senate District 16: Nos. 58, 61 and 62 2 years 306,925
Senate District 17: Nos. 60, 21 and 25 4 years 285,190
Senate District 18: Nos. 22, 26 and 27 2 years 283,683
Senate District 19: Nos. 23, 24 and 31 4 years 264,911
Senate District 20: Nos. 28, 29 and 30 2 years 320,152
Senate District 21: Nos. 41, 42 and 54 4 years 291,611
Senate District 22: Nos. 43, 44 and 45 2 years 274,810
Senate District 23: Nos. 46, 47 and 48 4 years 296,335
Senate District 24: Nos. 50, 51 and 57 2 years 310,130
Senate District 25: Nos. 49, 52 and 74 4 years 306,319
Senate District 26: Nos. 53, 55 and 56 2 years 277,671
Senate District 27: Nos. 93, 94 and 96 4 years 291,761
Senate District 28: Nos. 91, 95 and 97 2 years 291,031
Senate District 29: Nos. 89, 90 and 92 4 years 271,122
Senate District 30: Nos. 32, 33 and 34 2 years 290,333
Senate District 31: Nos. 35, 36 and 37 4 years 288,071
Senate District 32: Nos. 38, 98 and 99 2 years 301,593
Senate District 33: Nos. 81, 82 and 83 4 years 300,480
 _________
 TOTAL 9,706,397

This legal advertisement is one of four consecutive weekly publications being made in newspapers in Cleveland, Columbus and Cincinnati on October 15, 16, 22, 23, 29, 30 and November 5 and 6, 1965.
 Done at Columbus, Ohio this
 15th day of October, 1965.
 JAMES A. RHODES, Governor
NOTES
[*] Actually, that section merely imposes the responsibility for action on the officials named and does not use the phrase "Apportionment Board." However, for convenience we herein follow the common practice of using the designation "Apportionment Board."
[*] See Appendix.